UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HADASSAH CORPORATION and INSUN KIM, | ) ) ) |
| Appellants, | ) 1:08-cv-01477 ) |
| -v- | ) ) |
| JAY A. STEINBERG, AS CHAPTER 7 TRUSTEE | ) ) |
| Appellee. | ) |

To:   Jay A. Steinberg
      Foley & Lardner
      321 N. Clark Street Suite 2800
      Chicago IL 60610

### NOTICE OF FILING

   PLEASE TAKE NOTICE THAT on April 10, 2008 the undersigned caused to be filed with the Clerk of the United States District Court for the Northern District of Illinois the attached Brief of Defendants-Appellants, a copy of which is attached hereto and is hereby served upon you.

   */s/ Jeffrey Strange*


Jeffrey Strange & Associates
Attorney for defendants
717 Ridge Road
Wilmette, Illinois 60091
 (847) 256-7377
(847) 256-1681 fax
jstrangelaw@aol.com

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) SS. |
| COUNTY OF COOK | ) |

To:   Jay A. Steinberg
      Foley & Lardner
      321 N. Clark Street Suite 2800
      Chicago IL 60610

## CERTIFICATE OF SERVICE

      The undersigned, an attorney of record in this cause, deposes and states on oath that he served a copy of the foregoing Brief of Defendants-Appellants, a copy of which is attached hereto, upon the foregoing party, by electronic transmission pursuant to the Court's General Order on Electronic Case Filing, Local Rule 5.3 (a) (1) and Fed.R.Civ.P. 5(b)(2)(D) and 5 (b)(3) on the 10th day of March 2008 before the hour of 6:00 p.m.

                                                */s/ Jeffrey Strange*

Jeffrey Strange & Associates
Attorney for defendants
717 Ridge Road
Wilmette, Illinois 60091
(847) 256-7377
(847) 256-1681 fax
jstrangelaw@aol.com