UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HADASSAH CORPORATION and INSUN KIM,<br><br>    Defendants-Appellants,<br><br>v.<br><br>JAY A. STEINBERG, AS CHAPTER 7 TRUSTEE,<br><br>    Plaintiff-Appellee. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:08-cv-01477<br>)<br>) The Honorable Joan H. Lefkow<br>)<br>)<br>)<br>)<br>) |

## MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S REPLY BRIEF

NOW COMES Hadassah Corporation and Insun Kim By their attorneys Jeffrey Strange & Associates and moves this honorable Court to grant Appellant additional time to reply to Appellant's Reply Brief , and in support states as follows:

1. That this case involves a dispute of ownership of a large parcel of real estate on Augusta Avenue in Chicago, Illinois between the plaintiff and defendant.

2. That on March 12, 2008, this appeal from the Bankruptcy Court was received by the Clerk.

3. On April 10, 2008 the Appellant filed their brief.

4. On May 8, 2008, the Appellee filed their brief.

5. Since that time the parties have been working toward a settlement between themselves and the Internal Revenue Service.

6. An agreement has now been reached in principal with settlement agreements being circulated between the Defendant-Appellant and Plaintiff-Appellee.

      7.      Appellant's requests that it be granted thirty additional days to file its Reply Brief in case the settlement is not consummated.

                                                            _/s /Jeffrey Strange_

Jeffrey Strange & Associates
Attorney for Appellants
ARDC # 3122923
717 Ridge Road
Wilmette, Illinois 60091
Tel:    847-256-7377
Fax:   847-256-1681
email: jstrangelaw@aol.com