UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HADASSAH CORPORATION and INSUN KIM, ) <br> ) <br> Defendants-Appellants, ) <br> ) <br> v. ) <br> ) <br> JAY A. STEINBERG, AS CHAPTER 7 TRUSTEE, ) <br> ) <br> Plaintiff-Appellee. ) | Case No. 1:08-cv-01477 <br><br> The Honorable Joan H. Lefkow |

**TO:**  **Jay A. Steinberg**  **Daniel McCammon Cordis**
Foley & Lardner  Foley & Lardner
321 North Clark Street  321 North Clark Street #2800
Suite 2800  Chicago, IL 60610
Chicago, IL 60610  dcordis@foley.com

### NOTICE OF MOTION

　　PLEASE TAKE NOTICE THAT on June 26, 2008 at 9:30 a.m., the undersigned will appear before Judge Lefkow in Courtroom 1925 at 219 South Dearborn Street, Chicago, Illinois and present my *Motion for Additional Time to File Appellant's Reply Brief*., a copy of which is attached hereto and hereby served upon you.

　　　　　　　　　　　　　　　　　　　　　　　*/s/  Jeffrey Strange*

### CERTIFICATE OF SERVICE

　　The undersigned, an attorney of record in this cause, deposes and states on oath that he served a copy of the foregoing *Motion for Additional Time to File Appellant's Reply Brief*, a copy of which is attached hereto, upon the foregoing parties, by electronic transmission pursuant to the Court's General Order on Electronic Case Filing, Local Rule 5.3 (a) (1) and Fed.R.Civ.P. 5(b)(2)(D) and 5 (b)(3)..

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Jeffrey Strange*

Jeffrey Strange & Associates
Attorney for Appellants
ARDC # 3122923
717 Ridge Road
Wilmette, Illinois 60091
Tel:　　847-256-7377
Fax:　　847-256-1681
email: jstrangelaw@aol.com