UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HADASSAH CORPORATION and INSUN KIM, )<br>)<br>)<br>Defendants-Appellants, )<br>)<br>v. )<br>)<br>JAY A. STEINBERG, AS CHAPTER 7 )<br>TRUSTEE, )<br>)<br>Plaintiff-Appellee. ) | Case No. 1:08-cv-01477<br><br>The Honorable Joan H. Lefkow |

**SECOND MOTION FOR ADDITIONAL TIME TO FILE
APPELLANT'S REPLY BRIEF**

NOW COMES Hadassah Corporation and Insun Kim By their attorneys Jeffrey Strange and Associates and moves this honorable Court to grant Appellant additional time to reply to Appellant's Reply Brief , and in support states as follows:

1. That this case involves a dispute of ownership of a large parcel of real estate on Augusta Avenue in Chicago, Illinois between the plaintiff and defendant.

2. That on March 12, 2008, this appeal from the Bankruptcy Court was received by the Clerk.

3. On April 10, 2008 the Appellant filed their brief.

4. On May 8, 2008, the Appellee filed their brief.

5. On June 26, 2008 this Court granted a previous request

6. Since that time the parties have been working toward a settlement between themselves and the Internal Revenue Service and movant's counsel has met with the

potential buyer of the property who is in the process of obtaining financing which will allow the settlement to be consummated.

7. An agreement has now been reached in principal with settlement agreements being circulated between the Defendant-Appellant and Plaintiff-Appellee.

8. Appellants request that they be granted thirty additional days to file their Reply Brief in case the settlement is not consummated.

/s/ *Jeffrey Strange*

Jeffrey Strange & Associates
Attorney for Appellants
717 Ridge Road
Wilmette, Illinois 60091
847-256-7377
fax: 847-256-1681
jstrangelaw@aol.com