UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HADASSAH CORPORATION and INSUN KIM, )<br>)<br>)<br>Defendants-Appellants, )<br>)<br>v. )<br>)<br>JAY A. STEINBERG, AS CHAPTER 7 )<br>TRUSTEE, )<br>)<br>Plaintiff-Appellee. ) | Case No. 1:08-cv-01477<br><br>The Honorable Joan H. Lefkow |

Jay A. Steinberg
Chapter 7 Trustee
321 N. Clark Street Suite 2100
Chicago, IL 60654

## NOTICE OF MOTION

    PLEASE TAKE NOTICE THAT on Tuesday August 26 at 9:30 a.m., the undersigned will appear before Judge Joan Humphrew Lefkow in courtroom 1925 at 219 South Dearborn Street, Chicago, Illinois and present my *Second Motion for Additional Time to File Appellant's Reply Brief* a copy of which is attached hereto and hereby served upon you.

/s/ Jeffrey Strange

## CERTIFICATE OF SERVICE

    The undersigned, an attorney of record in this cause, deposes and states on oath that he served a copy of the foregoing *Second Motion for Additional Time to File Appellant's Reply Brief*, a copy of which is attached hereto, upon the foregoing party, by electronic transmission pursuant to the Court's General Order on Electronic Case Filing, Local Rule 5.3 (a) (1) and Fed.R.Civ.P. 5(b)(2)(D) and 5 (b)(3) on the 5th day of August, 2008 before the hour of 6:00 p.m.

/s/ Jeffrey Strange

Jeffrey Strange & Associates
Attorney for Appellants
717 Ridge Road
Wilmette, Illinois 60091
(847) 256-7377
(847) 256-1681 fax
jstrangelaw@aol.com