# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan H. Lefkow | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1477 | **DATE** | 8/26/2008 |
| **CASE TITLE** | Hadassah Corporation vs. Kim | | |

**DOCKET ENTRY TEXT**

Appellant's second motion for additional time to file reply brief [12] is granted to 9/29/2008.

Docketing to mail notices.

| | Courtroom Deputy Initials: | MD |
|---|---|---|